# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Glen Tyrone Goeloe, II,** *Plaintiff* | § § § | |
| **v.** | § § | **Case No. 1:25-CV-01326-ADA-SH** |
| **TransUnion LLC et al.,** *Defendants* | § § § § | |

## ORDER

Now before the Court are Plaintiff's Emergency Motion for Extension of Time to File Motion to Quash and to Stay Subpoena Return Date, filed June 3, 2026 (Dkt. 40); the Joint Motion for Extension of Fact Discovery Deadline, filed June 17, 2026 (Dkt. 42); the Joint Motion for Settlement Conference, filed June 22, 2026 (Dkt. 44); Defendant's Notice of Withdrawal, filed June 23, 2026 (Dkt. 45); Defendant's Opposed Motion for Settlement Conference, filed June 25, 2026 (Dkt. 46); and the associated response and reply briefs.[1]

The parties agree to extend the fact discovery deadline, and the proposed deadline does not affect other settings in the current Scheduling Order (Dkt. 28). Accordingly, the Court **GRANTS** the Joint Motion for Extension of Fact Discovery Deadline (Dkt. 42) and **ORDERS** the fact discovery deadline **RESET** to October 13, 2026. All other deadlines in the Court's Scheduling Order remain as set.

Goeloe seeks an extension of time to file a motion to quash a third-party subpoena served on American Express. TransUnion argues that such an extension will cause prejudice because

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules"), and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3.

TransUnion will be unable to obtain necessary discovery before the fact discovery deadline. Because the Court extends the fact discovery deadline, this argument is moot. Finding that Goeloe has shown good cause, the Court **GRANTS** Plaintiff's Emergency Motion for Extension of Time to File Motion to Quash and to Stay Subpoena Return Date (Dkt. 40) and **ORDERS** that Goeloe has until **July 8, 2026** to file a motion to quash.

Finally, the Court **GRANTS** TransUnion's Notice of Withdrawal (Dkt. 45) and **ORDERS** that the parties' Joint Motion for Settlement Conference (Dkt. 44) is **WITHDRAWN**. To conserve limited judicial resources, the Court declines to refer this case for mediation before a United States Magistrate Judge at this time and **DENIES** Defendant's Opposed Motion for Settlement Conference (Dkt. 46). The Court also directs the parties to the requirements of Local Rule CV-88, "Alternative Dispute Resolution."

**SIGNED** on June 30, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE