**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Glen Tyrone Goeloe, II,** *Plaintiff* | § § | |
| **v.** | § | **No. 1:25-cv-01326-ADA-SH** |
| **TransUnion LLC,** *Defendant* | § § § | |

**ORDER**

On November 12, 2026, the Court held a hearing on all pending motions at which Plaintiff Glen Tyrone Goeloe, II appeared *pro se* and TransUnion LLC appeared through counsel.[1]

For the reasons stated during the hearing, the Court:

- **GRANTS IN PART** Plaintiff's Opposed Motion to Modify the Scheduling Order and Extend the Fact-Discovery and Dispositive-Motion Deadlines (Dkt. 69) and **ORDERS** that the fact discovery deadline is extended until **January 11, 2027** and the dispositive motion deadline is extended until **March 12, 2027**;

- **DISMISSES as MOOT**:

  - Plaintiff's Emergency Motion to Quash or Modify Subpoena to Lightstream and, in the Alternative, for a Protective Order (Dkt. 48);

  - Plaintiff's Motion to Quash or Modify Defendant's Subpoena to American Express (Dkt. 49);

  - Plaintiff's Motions for Leave to File Motion to Compel Answers to Interrogatory Nos. 19, 21, 22, and 23 (Dkt. 84); and

  - Plaintiff's Motion for Leave to File Motion to Determine the Sufficiency of Defendant's Answers and Objections to Requests for Admission Nos. 20 Through 25 (Dkt. 85);

---

[1] The Honorable Alan D Albright (ret.) referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas ("Local Rules"), and Judge Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 3.

- **DENIES:**
  - Plaintiff's Opposed Motion for Leave to File Limited Sur-Reply (Dkt. 56);
  - Plaintiff's Opposed Motion to Compel Defendant's Responses to Plaintiff's First Requests for Production (Dkt. 57);
  - Plaintiff's Motion for Sanctions Under Federal Rule of Civil Procedure 37(b) (Dkt. 63); and
  - Plaintiff's Opposed Motion to Compel Production Under His Second Requests for Production and Amended Responses to His First and Second Requests (Dkt. 72);
- **GRANTS:**
  - Defendant TransUnion LLC's Motion for Protective Order (Dkt. 50);
  - Defendant TransUnion LLC's Amended Second Motion for Protective Order (Dkt. 68); and
  - Plaintiff's Opposed Motion to Amend Response to Request for Admission No. 29 Under Fed. R. Civ. P. 36(b) or, Alternatively, to Clarify the Scope of the Admission (Dkt. 71).

The Court **ORDERS** that the parties may file dispositive motions in accordance with the Local Rules but must request leave of Court before filing any other motions.

**SIGNED** on November 12, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE